**IN THE U.S. DISTRICT COURT OF THE
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION**

GWENDALYN COSBY,

          CASE NO.:

    Plaintiff,

vs.

CARROLL FULMER LOGISTICS, WILLIE MCCUTCHEON, JOHN DOE #1, JOHN DOE #2 and JOHN DOE #3,

          **JURY TRIAL DEMANDED HEREIN**

    Defendants.

**NOTICE OF REMOVAL**

AND NOW, come the Defendants, Carroll Fulmer Logistics Corporation, and Willie McCutcheon, by and through the undersigned counsel, and hereby remove the above-captioned lawsuit pursuant to 28 U.S.C. § 1441, *et seq*. from the Court of Common Pleas of Lucas County, Ohio (Civil Action No. G-4801-CI-0202204703-000), to the United States District Court for the Northern District of Ohio, and in support thereof, aver as follows:

1. Plaintiff initiated the instant lawsuit in the Court of Common Pleas of Lucas County, Ohio (Case No. G-4801-CI-0202204703-000). Copies of the docket and all pleadings and process filed in the State Court action are attached hereto as Exhibit "A."

2. The Complaint names Carroll Fulmer Logistics Corporation and Willie McCutcheon as Defendants and purports to assert negligence claims against said Defendants.

3. Per the Complaint, Plaintiff is a citizen and resident of Toledo, Ohio.

4. Defendant, Carroll Fulmer Logistics Corporation, is, and at all times relevant herein was, a Nevada corporation with its principal place of business located in the State of Florida.

5. Defendant, Willie McCutcheon, is and at all times relevant herein was, a citizen and resident of the State of Florida.

6. The Complaint in this matter asserts allegations related to an automobile accident that occurred in Toledo, Lucas County, Ohio.

7. Per the Complaint, Plaintiff seeks damages relative to alleged injuries to her mind and body, which have allegedly caused pain and suffering, and which Plaintiff alleges will continue to cause pain and suffering in the future and on a permanent basis.

8. Per the Complaint, Plaintiff also asserts a claim for lost wages and loss of earning capacity.

9. The above-captioned action, pending in the Court of Common Pleas of Lucas County, Ohio, is within the jurisdiction of the United States District Court for the Northern District of Ohio.

10. The United States District Court for the Northern District of Ohio has original jurisdiction over this action pursuant to 28 U.SC. § 1332 in as much as the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

11. This action is removable from the Court of Common Pleas of Lucas County, Ohio, pursuant to the provisions of 28 U.S.C. § 1441 *et seq*.

12. Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing of Notice of Removal with the Lucas County Clerk of Courts, advising that they have removed this action to the United States District Court for the Northern District of Ohio.

13. In filing this Notice of Removal, Defendants do not waive any affirmative defenses they may assert in this action.

WHEREFORE, Defendants, Carroll Fulmer Logistics Corporation and Willie McCutcheon respectfully request that this Honorable Court remove the above-captioned case from the Court of Common Pleas of Lucas County, Ohio to the United States District Court for the Northern District of Ohio.

**JURY TRIAL DEMANDED**

                                  Respectfully submitted,

                                  PION, NERONE, GIRMAN, WINSLOW
                                         & SMITH, P.C.

                               /s/ Jordan C. Hettrich, Esquire
                                    John T. Pion, Esq.
                                    OH ID #0070722
                                    jpion@pionlaw.com
                                    Jordan C. Hettrich, Esq.
                                    OH ID #0091744
                                    jhettrich@pionlaw.com

## **CERTIFICATE OF SERVICE**

I, Jordan C. Hettrich, Esquire, hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was served upon counsel of record via regular mail and facsimile this 17th day of January, 2023, as follows:

Thomas J. Walsh, II, Esquire (0095872)
Kisling, Nestico & Redick, LLC
4853 Monroe Street
Building B, Suite 3
Toledo, OH 43623
twash@knrlegal.com
*Counsel for Plaintiff*

PION, NERONE, GIRMAN, WINSLOW
& SMITH, P.C.

By: /s/ Jordan C. Hettrich
    John T. Pion, Esq.
    OH ID #0070722
    jpion@pionlaw.com
    Jordan C. Hettrich, Esq.
    OH ID #0091744
    jhettrich@pionlaw.com