LUCAS COUNTY COURT OF COMMON PLEAS
J. BERNIE QUILTER, CLERK
700 ADAMS STREET
TOLEDO, OHIO

TIME: 8:57:20 AM
DATE: 1/17/2023

Select Language ▾
Powered by Google **Translate**

CASE: G-4801 -CI -202204703-000
TITLE: COSBY VS CARROLL FULMER ET AL
JUDGE: GARY G COOK                                                   STATUS: ACTIVE/PENDING
FILING DATE: 12/22/2022              CASE TYPE: CI     CIVIL

MONETARY AMOUNT:                                        DOCKET/PAGE:
ORIGINAL COURT:                                              TAX TYPE:
PREVIOUS CASE NUMBER:                  STATE OF OHIO NUMBER:

|  | Party | Counsel |
|---|---|---|
| PLAINTIFF 1: | COSBY GWENDALYN<br>915 SOUTH 14TH STREET<br>TOLEDO, OH 43604 | THOMAS J WALSH II<br>3308699007<br>3412 WEST MARKET STREET<br>AKRON, OH 44333 |
| DEFENDANT 1: | CARROLL FULMER LOGISTICS<br>CORPORATION<br>C/O PHILIP R FULMER<br>8340 AMERICAN WAY<br>GROVELAND, FL 34736 | JORDAN HETTRICH<br>4126676232<br>1500 ONE GATEWAY CENTER<br>420 FORT DUQUESNE BLVD<br>PITTSBURG, PA 15222 |
| DEFENDANT 1: |  | JOHN T PION<br>4123925452<br>TWO PPG PLACE STE 400<br>PITTSBURGH, PA 15222 |
| DEFENDANT 2: | MCCUTCHEON WILLIE<br>10370 SW 149TH TERRACE<br>MIAMI, FL 33176 | JORDAN HETTRICH<br>4126676232<br>1500 ONE GATEWAY CENTER<br>420 FORT DUQUESNE BLVD<br>PITTSBURG, PA 15222 |
| DEFENDANT 2: |  | JOHN T PION<br>4123925452<br>TWO PPG PLACE STE 400<br>PITTSBURGH, PA 15222 |
| DEFENDANT 3: | JOHN DOE NUMBER 1 DRIVER<br>C/O PHILIP R FULMER<br>8340 AMERICAN WAY<br>GROVELAND, FL 34736 |  |
| DEFENDANT 4: | JOHN DOE NUMBER 2<br>EMPLOYER<br>C/O PHILIP R FULMER<br>8340 AMERICAN WAY<br>GROVELAND, FL 34736 |  |
| DEFENDANT 5: | JOHN DOE NUMBER 3 VEHICLE<br>OWNER<br>C/O PHILIP R FULMER<br>8340 AMERICAN WAY<br>GROVELAND, FL 34736 |  |



EXHIBIT
A

| DATE | SEQ | EVENT |
|------|-----|-------|

**12/22/2022**  3  Title : OPN:COMPLAINT FILED
TYPE PERSONAL INJURY JURY DEMAND ENDORSED HEREON
**PARTY :** P1 - COSBY GWENDALYN

**12/22/2022**  4  Title : EVT:CASE DESIGNATION FRM FILED
**PARTY :** P1 - COSBY GWENDALYN

**12/27/2022**  1  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235176
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D1 - CARROLL FULMER LOGISTICS CORPORATION

**12/27/2022**  2  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235177
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D1 - CARROLL FULMER LOGISTICS CORPORATION

**12/27/2022**  3  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235178
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D2 - MCCUTCHEON WILLIE

**12/27/2022**  4  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235179
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D3 - JOHN DOE NUMBER 1 DRIVER

**12/27/2022**  5  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235180
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D3 - JOHN DOE NUMBER 1 DRIVER

**12/27/2022**  6  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235181
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D3 - JOHN DOE NUMBER 1 DRIVER

**12/27/2022**  7  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235182
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D4 - JOHN DOE NUMBER 2 EMPLOYER

**12/27/2022**  8  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235183
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D4 - JOHN DOE NUMBER 2 EMPLOYER

**12/27/2022**  9  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235184
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D4 - JOHN DOE NUMBER 2 EMPLOYER

**12/27/2022**  10  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235185
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D5 - JOHN DOE NUMBER 3 VEHICLE OWNER

**12/27/2022**  11  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235186
Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY :** D5 - JOHN DOE NUMBER 3 VEHICLE OWNER

**12/27/2022**  12  Title : FRM:CIVIL SUMMONS ISSUED
Form Number S2-235187

Issued by CO (CLERK) (6835) FRM:CIVIL SUMMONS ISSUED
**PARTY** : D5 - JOHN DOE NUMBER 3 VEHICLE OWNER

12/27/2022   13   Title : SRV:SUMM & COMPLT ISSUED
SUMMONS AND COPY OF COMPLAINT SENT CERTIFIED MAIL #
CARROLL FULMER LOGISTICS CORPORATION
7021 2720 0001 6094 8870
C/O PHILIP R FULMER
8340 AMERICAN WAY
GROVELAND FL 34736
CARROLL FULMER LOGISTICS CORPORATION
7021 2720 0001 6094 8887
C/O REGISTERED AGENTS INC
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913
WILLIE MCCUTCHEON 7021 2720 0001 6094 8894
10370 SW 149TH TERRACE
MIAMI FL 33176
JOHN DOE NUMBER 1 DRIVER 7021 2720 0001 6094 8900
C/O PHILIP R FULMER
8340 AMERICAN WAY
GROVELAND FL 34736
JOHN DOE NUMBER 1 DRIVER 7021 2720 0001 6094 8917
C/O REGISTERED AGENTS INC
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913
JOHN DOE NUMBER 1 DRIVER 7021 2720 0001 6094 8924
10370 SW 149TH TERRACE
MIAMI FL 33176
JOHN DOE NUMBER 2 EMPLOYER 7021 2720 0001 6094 8931
C/O PHILIP R FULMER
8340 AMERICAN WAY
GROVELAND FL 34736
JOHN DOE NUMBER 2 EMPLOYER 7021 2720 0001 6094 8948
C/O REGISTERED AGENTS INC
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913
JOHN DOE NUMBER 2 EMPLOYER 7021 2720 0001 6094 8955
10370 SW 149TH TERRACE
MAIMI FL 33176
JOHN DOE NUMBER 3 VEHICLE OWNER
7021 2720 0001 6094 8962
C/O PHILIP R FULMER
8340 AMERICAN WAY
GROVELAND FL 34736
JOHN DOE NUMBER 3 VEHICLE OWNER
7021 2720 0001 6094 8979
C/O REGISTERED AGENTS INC
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913
JOHN DOE NUMBER 3 VEHICLE OWNER
7021 2720 0001 6094 8986
10370 SW 149TH TERRACE
MIAMI FL 33176
**PARTY** : P1 - COSBY GWENDALYN

1/3/2023   1   Title : RTN:CERTIFIED MAIL
RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8887
SIGNED: TRACEY LEMERE
DATE: 12-30-2022
CARROLL FULMER LOGISTICS CORPORATION
2800 E ENTERPRISE AVENUE STE 333

**PARTY :** D1 - CARROLL FULMER LOGISTICS CORPORATION

| 1/3/2023 | 2 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8962<br>SIGNED: A FIGUEROAH<br>DATE: 12-30-2022<br>JOHN DOE NUMBER 3 VEHICLE OWNER<br>8340 AMERICAN WAY<br>**PARTY :** D5 - JOHN DOE NUMBER 3 VEHICLE OWNER |
|---|---|---|
| 1/3/2023 | 3 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8917<br>SIGNED: STACEY LEMERE<br>DATE: 12-30-2022<br>JOHN DOE NUMBER 1 DRIVER<br>2800 E ENTERPRISE AVENUE STE 333<br>**PARTY :** D3 - JOHN DOE NUMBER 1 DRIVER |
| 1/3/2023 | 4 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8931<br>SIGNED: A FIGUEROA<br>DATE: 12-30-2022<br>JOHN DOE NUMBER 2 EMPLOYER<br>8340 AMERICAN WAY<br>**PARTY :** D4 - JOHN DOE NUMBER 2 EMPLOYER |
| 1/3/2023 | 5 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8900<br>SIGNED: A FIGUEROA<br>DATE: 12-30-2022<br>JOHN DOE NUMBER 1 DRIVER<br>8340 AMERICAN WAY<br>**PARTY :** D3 - JOHN DOE NUMBER 1 DRIVER |
| 1/3/2023 | 6 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8870<br>SIGNED: A FIGUEROA<br>DATE: 12-30-2022<br>CARROLL FULMER LOGISTICS CORPORATION<br>8340 AMERICAN WAY<br>**PARTY :** D1 - CARROLL FULMER LOGISTICS CORPORATION |
| 1/5/2023 | 1 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8986<br>SIGNED: WMC<br>DATE: ?<br>JOHN DOE NUMBER 3 VEHICLE OWNER<br>10370 SW 149TH TERRACE<br>**PARTY :** D5 - JOHN DOE NUMBER 3 VEHICLE OWNER |
| 1/5/2023 | 2 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8955<br>SIGNED: WMC<br>DATE: ?<br>JOHN DOE NUMBER 2 EMPLOYER<br>10370 SW 149TH TERRACE<br>**PARTY :** D4 - JOHN DOE NUMBER 2 EMPLOYER |
| 1/5/2023 | 3 | Title : RTN:CERTIFIED MAIL<br>RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8894<br>SIGNED: WMC<br>DATE: ?<br>WILLIE MCCUTCHEON<br>10370 SW 149TH TERRACE |

**PARTY :** D2 - MCCUTCHEON WILLIE

| 1/5/2023 | 4 | Title : RTN:CERTIFIED MAIL |

**Title : RTN:CERTIFIED MAIL**
RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8948
SIGNED: STACEY LEMERE
DATE: 12-30-2022
JOHN DOE NUMBER 2 EMPLOYER
2800 E ENTERPRISE AVENUE STE 333
**PARTY :** D4 - JOHN DOE NUMBER 2 EMPLOYER

1/9/2023     1     **Title : RTN:CERTIFIED MAIL**
RETURN RECEIPT FOR CERTIFIED MAIL # 7021 2720 0001 6094 8979
SIGNED: STACEY LAMERE
DATE: 01-03-2023
JOHN DOE NUMBER 3 VEHICLE OWNER
2800 E ENTERPRISE AVENUE STE 333
**PARTY :** D5 - JOHN DOE NUMBER 3 VEHICLE OWNER

1/10/2023     1     **Title : PLD:NOTICE OF APPEARANCE**
DEFENDANTS NOTICE OF APPEARANCE
**PARTY :** D1 - CARROLL FULMER LOGISTICS CORPORATION

Disclaimer : The public record information available here reflects the docket entries and journals required by Ohio law to be kept by the Lucas County Clerk of the Court of Common Pleas. This information reflects the actual documents filed and kept at the Clerk of Courts Legal Division, located in the Lucas County Courthouse, at Adams and Erie Streets in Toledo, Ohio, 43624. The data entry, though generally deemed reliable, cannot be guaranteed. The information may appear on the Internet Docket before the entry is actually signed and journalized. Of course the proposed action is official only when signed and journalized. In no event shall the Lucas County Clerk of the Court of Common Pleas, or any other Lucas County department, agency, or official be held liable for damage of any nature, direct or indirect, arising from the use of this Internet product; including loss of profits, loss of savings, or other incidental or consequential damages.

**LUCAS COUNTY COMMON PLEAS COURT**
**CASE DESIGNATION**

EFILED LUCAS COUNTY
12/22/2022 1:10 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
ENV#: 51604

TO: **Bernie Quilter, Clerk of Courts**

CASE NO. G-4801-CI-0202204703-000

Judge Gary G. Cook

JUDGE _____

**The following type of case is being filed:**

**Professional Malpractice**
    ☐ Legal Malpractice (L)
    ☐ Medical Malpractice (M)
☐ **Product Liability (B)**
☑ **Other Tort (C)**

**Workers' Compensation**
☐ State Funded (D)
☐ Self Insured (K)

☐ **Administrative Appeal (F)**

☐ **Commercial Docket**

By submitting the complaint, with the signature of the Attorney, the Attorney affirms that the name of person with settlement authority and his/her direct phone number will be provided upon request to a party or counsel in this matter

**Other Civil**
☐ Consumer Fraud (N) ☐ Forfeiture
☐ Appropriation (P) ☐ Court Ordered
☐ Other Civil (H) ☐ Certificate of Title
☐ Copyright Infringement (W)

This case was previously dismissed pursuant to CIVIL RULE 41 and is to be assigned to Judge _____, the original Judge at the time of dismissal. The previously filed case number was CI_____.

This case is a civil forfeiture case related to a criminal case currently pending on the docket of Judge _____. The pending case number is_____.

This case is a Declaratory Judgment case with a personal injury or related case currently pending. The pending case number is_____, assigned to Judge _____

This case is to be reviewed for consolidation in accordance with Local Rule 5.02 as a companion or related case. This designation sheet will be sent by the Clerk of Courts to the newly assigned Judge for review with the Judge who has the companion or related case with the lowest case number. The Judge who would receive the consolidated case may accept or deny consolidation of the case. Both Judges will sign this designation sheet to indicate the action taken. If the Judge with the lowest case number agrees to accept, the reassignment of the case by the Administration Judge shall be processed. If there is a disagreement between the Judges regarding consolidation, the matter may be referred to the Administrative Judge.

Related/companion case number_____ Assigned Judge_____

| Approve/Deny | Date | Approve/Deny | Date |
| --- | --- | --- | --- |

**Attorney**
**Address**

Thomas J. Walsh, II
4853 Monroe St., Bldg. B., Ste. 3
Toledo, OH 43623

**Telephone**

419-324-8206

EFILED LUCAS COUNTY
12/22/2022 1:10 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
ENV#: 51004

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

**GWENDALYN COSBY**
915 South 14th Street
Toledo, OH 43604

,    Plaintiff,

vs.

**CARROLL FULMER LOGISTICS
CORPORATION**
c/o Philip R. Fulmer
8340 American Way
Groveland, FL 34736

Also serve at:

c/o Registered Agents Inc.
2800 E. Enterprise Avenue
Suite 333
Appleton, WI 54913

And

**WILLIE MCCUTCHEON**
10370 SW 149th Terrace
Miami, FL 33176

And

**JOHN DOE #1** (driver, whose actual name
is unknown and whose name and address the

CASE NO:   G-4801-CI-0202204703-000

JUDGE    Judge Gary G. Cook

**COMPLAINT**

Type:  Personal Injury

Jury Demand Endorsed Hereon

Plaintiff could not discover with reasonable diligence)

c/o Philip R. Fulmer
8340 American Way
Groveland, FL 34736

    Also serve at:

c/o Registered Agents Inc.
2800 E. Enterprise Avenue
Suite 333
Appleton, WI 54913

    Also serve at:

10370 SW 149th Terrace
Miami, FL 33176

And

**JOHN DOE #2** (employer, whose actual name is unknown and whose name and address the Plaintiff could not discover with reasonable diligence)

c/o Philip R. Fulmer
8340 American Way
Groveland, FL 34736

    Also serve at:

c/o Registered Agents Inc.
2800 E. Enterprise Avenue
Suite 333
Appleton, WI 54913

    Also serve at:

10370 SW 149th Terrace
Miami, FL 33176

And

**JOHN DOE #3** (vehicle owner, whose actual name is unknown and whose name and address the Plaintiff could not discover with reasonable diligence)

c/o Philip R. Fulmer
8340 American Way
Groveland, FL 34736

    Also serve at:

c/o Registered Agents Inc.
2800 E. Enterprise Avenue
Suite 333
Appleton, WI 54913

    Also serve at:

10370 SW 149th Terrace
Miami, FL 33176

    Defendants.

NOW COMES the Plaintiff, Gwendalyn Cosby, by and through undersigned counsel, and hereby alleges the following:

## COUNT I

### (Negligence of Defendant, Willie McCutcheon and/or John Doe #1)

1.    On or about February 1, 2021, while traveling Champlain Street, near 1500 Champlain Street, in the City of Toledo, Lucas County, Ohio, Defendant, Willie McCutcheon and/or John Doe #1 (driver, whose actual name is unknown and whose name and address the Plaintiff could not discover with reasonable diligence), individually and/or in the course and scope of his employment with Carroll Fulmer Logistics Corporation and/or John Doe #2 (employer, whose actual name is unknown and whose name and address the Plaintiff could not discover with

reasonable diligence) negligently operated a motor vehicle, causing that motor vehicle to collide with the motor vehicle operated by the Plaintiff, Gwendalyn Cosby.

2.      As a proximate result of this incident, the Plaintiff, Gwendalyn Cosby, suffered injuries to her mind and body causing pain and suffering and she will continue to suffer said pain and suffering into the future and upon a permanent basis.

3.      As a further result, the Plaintiff, Gwendalyn Cosby, incurred medical and hospital expenses and will incur such expenses in the future.

4.      As a further result, the Plaintiff, Gwendalyn Cosby, suffered lost wages and earnings and will suffer future loss of wages and earnings and a loss of earning capacity.

5.      Defendants, John Doe #1 and John Doe #2, who are presently unidentified, will in no way be prejudiced in the maintenance of their defense on the merits within the meaning of Rule 15(D) of the Ohio Rules of Civil Procedure because of their constructive or actual notice of the institution of this case. Except for the inability of the Plaintiff to discover the name of these Defendants, this Action would be brought against them in their proper, true, and exact name and capacity, and said information will be provided by the Plaintiff when such information becomes fully known to her.

## COUNT II

**(Negligence *Per Se* of Defendant, Willie McCutcheon and/or John Doe #1)**

6.      Plaintiff restates all paragraphs above as though fully rewritten herein.

7.      On or about February 1, 2021, at the time of the aforementioned collision, the Defendant, Willie McCutcheon and/or John Doe #1, was operating a vehicle and began backing without giving ample warning and without exercising vigilance not to injure person or property on the street or highway.

8. Defendant, Willie McCutcheon and/or John Doe #1, failed to comply with Ohio Revised Code § 4511.38(A) which requires an operator of a vehicle to give ample warning before backing and to exercise vigilance not to injure person or property on the street or high way while backing.

9. The failure of Defendant, Willie McCutcheon and/or John Doe #1, to comply with Ohio Revised Code § 4511.38(A) constitutes negligence *per se.*

10. As a proximate result of the Defendant's negligence *per se,* the Plaintiff suffered injuries and damages as stated herein.

## COUNT III

**(Liability of Defendant, Carroll Fulmer Logistics Corporation and/or John Doe #2, Pursuant to *Respondeat Superior*)**

11. Plaintiff restates all paragraphs above as though fully rewritten herein.

12. At all relevant times herein, the Defendant, Willie McCutcheon and/or John Doe #1, was working within the course and scope of his employment with Defendant, Carroll Fulmer Logistics Corporation and/or John Doe #2, rendering Defendant, Carroll Fulmer Logistics Corporation and/or John Doe #2, liable for the actions of Defendant, Willie McCutcheon and/or John Doe #1, under the theory of *respondeat superior.*

13. At all relevant times herein, Defendant, John Doe #2, was negligent in the selection, hiring, training, supervision and/or retention of Defendant, Willie McCutcheon and/or John Doe #1, and was otherwise negligent.

14. As a result of the Defendants' negligence, the Plaintiff suffered injuries and damages as stated herein.

## COUNT IV

**(Negligent Entrustment of Defendants, Carroll Fulmer Logistics Corporation and/or John Doe #3)**

15. Plaintiff restates all paragraphs above as though fully rewritten herein.

16. At all relevant times herein, the Defendants, Carroll Fulmer Logistics Corporation and/or John Doe #3 (vehicle owner, whose actual name is unknown and whose name and address the Plaintiff could not discover with reasonable diligence), owned the motor vehicle operated by Defendant, Willie McCutcheon and/or John Doe #1, and entrusted the care, custody, and control of his/her/their motor vehicle to the Defendant, Willie McCutcheon and/or John Doe #1, when he/she/they knew or should have known that Defendant, Willie McCutcheon and/or John Doe #1, would negligently and/or recklessly operate said vehicle.

17. As a result of the Defendant's negligence, the Plaintiff suffered injuries and damages as stated herein.

18. Defendant John Doe #3, who is presently unidentified, will in no way be prejudiced in the maintenance of his/her/its defense on the merits within the meaning of Rule 15(D) of the Ohio Rules of Civil Procedure because of his/her/its constructive or actual notice of the institution of this case. Except for the inability of the Plaintiff to discover the name of this Defendant, this Action would be brought against him/her/it in his/her/its proper, true, and exact name and capacity, and said information will be provided by the Plaintiff when such information becomes fully known to her.

WHEREFORE, the Plaintiff, Gwendalyn Cosby, demands judgment against the Defendants as follows:

a.  Compensatory damages in an amount in excess of twenty-five thousand dollars ($25,000.00), but currently unspecified pursuant to Civil Rules 8(A) and 54(C), plus costs incurred in this Action plus interest and attorney's fees; and

b.  Any such other relief to which the Plaintiff may show herself entitled.

Respectfully submitted,

**KISLING, NESTICO & REDICK, LLC**

Thomas J. Walsh II (0095872)
4853 Monroe St., Bldg B., Ste. 3
Toledo, OH 43623
Phone: 330-869-9007/ Fax: 330-869-9008
Email: twalsh@knrlegal.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Thomas J. Walsh II (0095872)

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                    **OTHER TORT**

WILLIE MCCUTCHEON                    G-4801-CI-0202204703-000
10370 SW 149TH TERRACE              JUDGE: GARY G COOK
MIAMI, FL 33176

You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                                ATTORNEY FOR PLAINTIFF(S)

GWENDALYN COSBY                              THOMAS J WALSH II
915 SOUTH 14TH STREET                        3412 WEST MARKET STREET
TOLEDO, OH 43604                             AKRON, OH 44333

                                            BERNIE QUILTER
                                            CLERK OF COURTS
Date: December 27, 2022

                                            _J Bernie Quilter_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
**Subject:**     G-4801-CI-0202204703-000
                WILLIE MCCUTCHEON
**Message:**    Your email address

Return this Form with your address to:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202204703-000   WILLIE MCCUTCHEON  Generated:  December 27, 2022

# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                    **OTHER TORT**

CARROLL FULMER LOGISTICS CORPORATION          G-4801-CI-0202204703-000
C/O REGISTERED AGENTS INC                     JUDGE:  GARY G COOK
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

        You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal
Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do
not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

        You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A
copy of the Complaint is attached to this Summons.

        You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he
has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive
this Summons, exclusive of the of the day of service  or   to an amended complaint within the remaining
response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the
Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's
attorney.

        If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief
demanded in the Complaint.

**PLAINTIFF (S)**                              **ATTORNEY FOR PLAINTIFF(S)**
GWENDALYN COSBY                               THOMAS J WALSH II
915 SOUTH 14TH STREET                         3412 WEST MARKET STREET
TOLEDO, OH 43604                              AKRON, OH 44333

                                              BERNIE QUILTER
                                              CLERK OF COURTS
Date:  December 27, 2022

                                              *J Bernie Quilter* _____ . Clerk



## IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:     G-4801-CI-0202204703-000
             CARROLL FULMER
LOGISTICS CORPORATION
Message:     Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202204703-000    CARROLL FULMER LOGISTICS CORPORATION  Generated:  December 27, 2022

## LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                    **OTHER TORT**

CARROLL FULMER LOGISTICS CORPORATION          G-4801-CI-0202204703-000
C/O PHILIP R FULMER                           JUDGE:  GARY G COOK
8340 AMERICAN WAY
GROVELAND, FL 34736

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                              ATTORNEY FOR PLAINTIFF(S)
GWENDALYN COSBY                            THOMAS J WALSH II
915 SOUTH 14TH STREET                      3412 WEST MARKET STREET
TOLEDO, OH 43604                           AKRON, OH 44333

                                          BERNIE QUILTER
                                          CLERK OF COURTS

Date:  December 27, 2022

                                          _J. Bernie Quilter_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

◻ I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:    G-4801-CI-0202204703-000
           CARROLL FULMER
LOGISTICS CORPORATION
Message:    Your email address

**OR**

◻ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**            **OTHER TORT**

JOHN DOE NUMBER 1 DRIVER          G-4801-CI-0202204703-000
C/O REGISTERED AGENTS INC         JUDGE: GARY G COOK
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

       You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

       You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

       You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

       If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

**PLAINTIFF (S)**                         **ATTORNEY FOR PLAINTIFF(S)**

GWENDALYN COSBY                  THOMAS J WALSH II
915 SOUTH 14TH STREET            3412 WEST MARKET STREET
TOLEDO, OH 43604                    AKRON, OH 44333

                                       BERNIE QUILTER
                                       CLERK OF COURTS

Date: December 27, 2022

                              *J Bernie Quilter*           , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:      G-4801-CI-0202204703-000
              JOHN DOE NUMBER 1
DRIVER
Message:      Your email address

**OR**

☐ I request to be notified by <u>regular mail</u>
   *(Clerk will forward to Court for approval)*

My mailing address    _____
                      _____
                      _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

---

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**          **OTHER TORT**

JOHN DOE NUMBER 1 DRIVER          G-4801-CI-0202204703-000
C/O PHILIP R FULMER              JUDGE: GARY G COOK
8340 AMERICAN WAY
GROVELAND, FL 34736

      You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

      You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

      You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

      If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

**PLAINTIFF (S)**                            **ATTORNEY FOR PLAINTIFF(S)**

GWENDALYN COSBY                 THOMAS J WALSH II
915 SOUTH 14TH STREET          3412 WEST MARKET STREET
TOLEDO, OH 43604                  AKRON, OH 44333

                                        BERNIE QUILTER
                                        CLERK OF COURTS

Date: December 27, 2022

                            *J. Bernie Quilter*        , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:     G-4801-CI-0202204703-000
           JOHN DOE NUMBER 1
DRIVER
Message:   Your email address

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
                     _____
                     _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or  Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202204703-000   JOHN DOE NUMBER 1 DRIVER  Generated:  December 27, 2022

# LUCAS COUNTY COMMON PLEAS COURT
## CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                **OTHER TORT**

JOHN DOE NUMBER 2 EMPLOYER                 G-4801-CI-0202204703-000
C/O PHILIP R FULMER                        JUDGE:  GARY G COOK
8340 AMERICAN WAY
GROVELAND, FL 34736

     You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint  is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

---

PLAINTIFF (S)                              ATTORNEY FOR PLAINTIFF(S)

GWENDALYN COSBY                            THOMAS J WALSH II
915 SOUTH 14TH STREET                      3412 WEST MARKET STREET
TOLEDO, OH 43604                           AKRON, OH 44333

                                               BERNIE QUILTER
                                             CLERK OF COURTS

Date:  December 27, 2022

                                             _J Bernie Quilter_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:          G-4801-CI-0202204703-000
                  JOHN DOE NUMBER 2
EMPLOYER
Message:          Your email address

**OR**

I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                                        **OTHER TORT**

JOHN DOE NUMBER 2 EMPLOYER                G-4801-CI-0202204703-000
10370 SW 149TH TERRACE                    JUDGE:  GARY G COOK
MIAMI FL 33176

      You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

      You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint  is attached to this Summons.

      You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

      If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

<u>PLAINTIFF (S)</u>                              <u>ATTORNEY FOR PLAINTIFF(S)</u>
GWENDALYN COSBY                        THOMAS J WALSH II
915 SOUTH 14TH STREET                  3412 WEST MARKET STREET
TOLEDO, OH 43604                       AKRON, OH 44333

                                        BERNIE QUILTER
                                        CLERK OF COURTS

Date:  December 27, 2022

                                 *J Bernie Quilter*        , Clerk



## IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐  I request to be notified by <u>email</u>

My email address _____

**OR**

☐  I request to be notified by <u>regular mail</u>
(Clerk will forward to Court for approval)

My mailing address _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:         G-4801-CI-0202204703-000
                 JOHN DOE NUMBER 2
EMPLOYER
Message:         Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202204703-000   JOHN DOE NUMBER 2 EMPLOYER  Generated:  December 27, 2022

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                    **OTHER TORT**

JOHN DOE NUMBER 2 EMPLOYER                 G-4801-CI-0202204703-000
10370 SW 149TH TERRACE                     JUDGE:  GARY G COOK
MIAMI FL 33176

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint  is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                              ATTORNEY FOR PLAINTIFF(S)

GWENDALYN COSBY                            THOMAS J WALSH II
915 SOUTH 14TH STREET                      3412 WEST MARKET STREET
TOLEDO, OH 43604                           AKRON, OH 44333

                                          BERNIE QUILTER
                                          CLERK OF COURTS

Date:  December 27, 2022

_J. Bernie Quilter_                        , Clerk



## IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐  I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:  G-4801-CI-0202204703-000
  JOHN DOE NUMBER 2
EMPLOYER
Message:  Your email address

**OR**

☐  I request to be notified by <u>regular mail</u>
  *(Clerk will forward to Court for approval)*

My mailing address  _____
  _____
  _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                     **OTHER TORT**

JOHN DOE NUMBER 2 EMPLOYER                G-4801-CI-0202204703-000
C/O REGISTERED AGENTS INC                 JUDGE: GARY G COOK
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

  You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

  You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

  You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

  If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

**PLAINTIFF (S)**                              **ATTORNEY FOR PLAINTIFF(S)**
GWENDALYN COSBY                                THOMAS J WALSH II
915 SOUTH 14TH STREET                          3412 WEST MARKET STREET
TOLEDO, OH 43604                                AKRON, OH 44333

           BERNIE QUILTER
           CLERK OF COURTS

Date: December 27, 2022

           *J. Bernie Quilter*     . Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:    G-4801-CI-0202204703-000
              JOHN DOE NUMBER 2
EMPLOYER
Message:    Your email address

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address   _____
                        _____
                        _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202204703-000   JOHN DOE NUMBER 2 EMPLOYER  Generated:  December 27, 2022

## LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
### SUMMONS
### CIVIL ACTION

FILING TYPE:                    OTHER TORT

JOHN DOE NUMBER 3 VEHICLE OWNER          G-4801-CI-0202204703-000
C/O REGISTERED AGENTS INC                JUDGE:  GARY G COOK
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint  is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or    to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                            ATTORNEY FOR PLAINTIFF(S)
GWENDALYN COSBY                          . THOMAS J WALSH II
915 SOUTH 14TH STREET                    3412 WEST MARKET STREET
TOLEDO, OH 43604                         AKRON, OH 44333

                                         BERNIE QUILTER
                                         CLERK OF COURTS
Date:  December 27, 2022

                                         _J. Bernie Quilter_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

⬜  I request to be notified by <u>email</u>

My email address _____

**Send email to:**  Lwatt@co.lucas.oh.us
Subject:         G-4801-CI-0202204703-000
                 JOHN DOE NUMBER 3
VEHICLE OWNER
Message:        Your email address

**OR**

⬜  I request to be notified by <u>regular mail</u>
     *(Clerk will forward to Court for approval)*

My mailing address     _____
                       _____
                       _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

## LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

FILING TYPE:                    OTHER TORT

JOHN DOE NUMBER 3 VEHICLE OWNER          G-4801-CI-0202204703-000
C/O PHILIP R FULMER                      JUDGE:  GARY G COOK
8340 AMERICAN WAY
GROVELAND, FL 34736

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                          ATTORNEY FOR PLAINTIFF(S)

GWENDALYN COSBY                        THOMAS J WALSH II
915 SOUTH 14TH STREET                  3412 WEST MARKET STREET
TOLEDO, OH 43604                       AKRON, OH 44333

                                       BERNIE QUILTER
                                       CLERK OF COURTS

Date:  December 27, 2022

_J. Bernie Quilter_____ , Clerk



## IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐    I request to be notified by <u>email</u>

My email address _____

**OR**

☐    I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address    _____
                               _____
                                 _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:      G-4801-CI-0202204703-000
                  JOHN DOE NUMBER 3
VEHICLE OWNER
Message:     Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

| FILING TYPE: | OTHER TORT |
|---|---|

JOHN DOE NUMBER 3 VEHICLE OWNER                    G-4801-CI-0202204703-000
10370 SW 149TH TERRACE                             JUDGE: GARY G COOK
MIAMI FL 33176

      You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

      You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint  is attached to this Summons.

      You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or    to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

      If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

| PLAINTIFF (S) | ATTORNEY FOR PLAINTIFF(S) |
|---|---|
| GWENDALYN COSBY | THOMAS J WALSH II |
| 915 SOUTH 14TH STREET | 3412 WEST MARKET STREET |
| TOLEDO, OH 43604 | AKRON, OH 44333 |

BERNIE QUILTER
CLERK OF COURTS

Date:  December 27, 2022

_J Bernie Quilter_ _____ , Clerk



## IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐  I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:     G-4801-CI-0202204703-000
           JOHN DOE NUMBER 3
VEHICLE OWNER
Message:    Your email address

**OR**

☐  I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address   _____
                         _____
                         _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARROLL FULMER
LOGISTICS CORPORATION
G-4801-CI-0202204703-000 D1 #1 CLO
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

9590 9402 7389 2055 5341 42

2. Article Number (Transfer from service label)

0211 2720 0001 6094 8887

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Drew Miller_
☑ Agent
☐ Addressee

B. Received by (Printed Name)
Drew Miller

C. Date of Delivery
12-30-2022

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9570 9402 7385 2055 5341 42

Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

Lucas Co. Com. Pleas COURT
Bernie Quilter, Cler

United States
Postal Service

JAN 03 2023

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

JOHN DOE NUMBER 3 VEHICLE OWNER
G-4801-CI-020220470J-000 D5 #1 CLO
8340 AMERICAN WAY
GROVELAND, FL 34736

9590 9402 7389 2055 5340 43

Article Number *(Transfer from service label)*

7021 2720 0001 6094 8962

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7369 2055 5340 43

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN DOE NUMBER 1 DRIVER
G-4801-CI-0202204703-000 D3 #I CLO
8340 AMERICAN WAY
GROVELAND, FL 34736

9590 9402 7389 2055 5341 04

2. Article Number (Transfer from service label)

0021 2720 0001 6094 8900

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Lt Fauonce     ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

O Fauence W                      12/30

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

ORLANDO FL 328

9590 9402 7589 2055 5341 04



Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

United States
Postal Service

JAN 03 2023

FILED

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

JOHN DOE NUMBER 2 EMPLOYER
G-4801-CI-020202204703-000 D4 #1 CLO
8340 AMERICAN WAY
GROVELAND, FL 34736

9590 9402 7389 2055 5340 74

Article Number *(Transfer from service label)*

7021 2720 0001 6094 8931

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                   12/30

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
      (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5368 2055 5340 74

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

United States
Postal Service

JAN 03 202

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

FILED



SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

JOHN DOE NUMBER 1 DRIVER
G-4801-CI-0202204703-000 D3 #1 CLO
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

9590 9402 7389 2055 5341 11

Article Number (Transfer from service label)
7021 2720 0001 6054 8917

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                     12-30-22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING#

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

CARROLL FULMER
LOGISTICS CORPORATION
G-4801-CI-020204703-000 D1 #1 CLO
8340 AMERICAN WAY
GROVELAND, FL 34736

9590 9402 7389 2055 5341 35

Article Number *(Transfer from service label)*

7121 2720 0001 6094 8870

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery 1/12/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING#



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7389 2055 5341 35

Sender: Please print your name, address, and ZIP+4® in this box●

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

United States
Postal Service

FILED
JAN 03 2023

Bernie Quilter, Clerk
Lucas Co. Com. Pleas C.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN DOE NUMBER 2 EMPLOYER
G-4801-CI-0202204703-000 D4 #1 CLO
10370 SW 149TH TERRACE
MIAMI FL 33176

9590 9402 7389 2055 5340 98

2. Article Number (Transfer from service label)

2l 2720  0001  5094  8955

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  W M C

☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

Sender: Please print your name, address, and ZIP+4® in this box●

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

United States
Postal Service

JAN 05 2023

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

JOHN DOE NUMBER 3 VEHICLE OWNER
G-4801-CI-020202204703-000 D5 #1 CLO
10370 SW 149TH TERRACE
MIAMI FL 33176

9590 9402 7389 2055 5340 67

Article Number *(Transfer from service label)*

021 2720 0001 6094 8986

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  W mc
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #
MIAMI FL 330

9590 9402 7189 2055 5340 67

Sender: Please print your name, address, and ZIP+4® in this box●

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

United States
Postal Service

FILED
JAN 05 2023

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIE MCCUTCHEON
G-4801-CI-020220204703-000 D2 #1 CLO
10370 SW 149TH TERRACE
MIAMI, FL 33176

9590 9402 7389 2055 5341 59

2. Article Number (Transfer from service label)

021 2720 0001 6094 8894

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7389 2055 5341 59



Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

Lucas Co. Com. Pleas Co
Bernie Quilter, Clerk

FILED
JAN 05 2023

United States
Postal Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN DOE NUMBER 2 EMPLOYER
G-4801-CI-020204703-000 D4 #I CLO
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

9590 9402 7389 2055 5340 81

2. Article Number *(Transfer from service label)*

7021 2720 0001 6094 8518

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

12-30-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7369 2055 5340 81

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

United States
Postal Service

JAN 05 20

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN DOE NUMBER 3 VEHICLE OWNER
G-4801-CI-0202204703-000 DS #I CLO
2800 E ENTERPRISE AVENUE STE 333
APPLETON WI 54913

9590 9402 7389 2055 5340 50

2. Article Number (Transfer from service label)

7021 2720 0003 6094 8979

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery  1.3.23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

GREEN BAY WI 543
3 JAN 2023 PM 2 L

9590 9402 7389 2055 5340 50

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

FILED

JAN 0 9 2023

Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

G-4801-CI-0202204703-000

EFILED LUCAS COUNTY
1/10/2023 2:39 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
ENV#:  52825

## IN THE COURT OF COMMON PLEAS
## OF LUCAS COUNTY, OHIO

GWENDALYN COSBY,

                Plaintiff,

    vs.

CARROLL FULMER LOGISTICS, WILLIE
MCCUTCHEON, JOHN DOE #1, JOHN
DOE #2 and JOHN DOE #3,

                Defendants.

CASE NO.: G-4801-CI-0202204703-000

JUDGE GARY G. COOK

**NOTICE OF APPEARANCE**

Kindly enter the appearance of John T. Pion, Esquire and Jordan C. Hettrich, Esquire, and Pion, Nerone, Girman, Winslow & Smith, P.C., on behalf of Defendants, Carroll Fulmer Logistics Corporation and Willie McCutcheon, in the above matter.

              PION, NERONE, GIRMAN, WINSLOW
              & SMITH, P.C.

              By: /s/ Jordan C. Hettrich
                  John T. Pion, Esq.
                  OH ID #0070722
                  jpion@pionlaw.com
                  Jordan C. Hettrich, Esq.
                  OH ID #0091744
                  jhettrich@pionlaw.com

                  420 Fort Duquesne Boulevard
                  1500 One Gateway Center
                  Pittsburgh PA 15222
                  412-281-2288
                  Counsel for Defendants,
                  Carroll Fulmer Logistics Corporation and
                  Willie McCutcheon

## CERTIFICATE OF SERVICE

I, Jordan C. Hettrich, Esquire, hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served upon counsel of record by electronic mail, this 10th day of January, 2023, as follows:

> Thomas J. Walsh, II, Esquire (0095872)
> Kisling, Nestico & Redick, LLC
> 4853 Monroe Street
> Building B, Suite 3
> Toledo, OH 43623
> twash@knrlegal.com
> *Counsel for Plaintiff*

> PION, NERONE, GIRMAN, WINSLOW
> & SMITH, P.C.


> By: /s/ Jordan C. Hettrich
> John T. Pion, Esq.
> OH ID #0070722
> jpion@pionlaw.com
> Jordan C. Hettrich, Esq.
> OH ID #0091744
> jhettrich@pionlaw.com